United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Christopher S. Dorsey, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-25-5522 |
| | § | |
| Avis Budget Group, d/b/a AB Car | § | |
| Rental Services, Inc., | § | |
| *Defendant*. | § | |

## ORDER GRANTING MISCELLANEOUS PENDING MOTIONS

Pending before the court are Defendant's Agreed Motion for Extension of Time, ECF No. 5; Defendant's Second Motion for Extension of Time, ECF No. 6; Defendant's Unopposed Motion to Substitute Counsel of Record, ECF No. 9; the parties' Joint Motion to Modify the Case Caption, ECF No. 13; and Plaintiff's Motion to Substitute Counsel, ECF No. 14.

Defendant's Second Motion for Extension of Time for Defendant to File its Response to Plaintiff's Complaint, ECF No. 6, is **GRANTED**. Defendant's Agreed Motion for Extension of Time for Defendant to File its Response to Plaintiff's Complaint, ECF No. 5, is **TERMINATED AS MOOT**.

Defendant's Unopposed Motion to Substitute Counsel of Record, ECF No. 9, is **GRANTED**. The Clerk shall substitute Luke Christopher MacDowall as the sole Lead Attorney on this matter on behalf of Defendant. The Clerk shall also designate M. Isabel Campos as additional counsel of record for Defendant.

The parties' Joint Motion to Modify the Case Caption, ECF No. 13, is **GRANTED**. The Clerk shall update the docket to reflect the Defendant's correct name, AB Car Rental Services, Inc.

Plaintiff's Motion to Substitute Counsel, ECF No. 14, is **GRANTED**. The Clerk shall terminate Taylor Jenkins as Plaintiff's attorney of record and designate Kathryn "Kassi" Yukevich as Plaintiff's attorney of record.

Signed at Houston, Texas, on February 20, 2026.

_____
Peter Bray
United States Magistrate Judge