**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER S. DORSEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-5522** |
| | § | |
| **AB CAR RENTAL SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher S. Dorsey and Defendant AB Car Rental Services, Inc. (together the "Parties") file this Joint Stipulation of Dismissal with Prejudice. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate to the dismissal with prejudice of this action with Plaintiff and Defendant to bear their own respective costs and fees.

Dated July 9, 2026

Of Counsel:

M. Isabel Campos
State Bar No. 24138097
Federal ID No. 3957172
icampos@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

Respectfully submitted,

/s/ *Luke C. MacDowall*
Luke C. MacDowall
State Bar No. 24104445
Federal ID No. 2983511
lmacdowall@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX  77010
713.951.9400 (Telephone)
713.951.9212 (Telecopier)

**ATTORNEYS FOR DEFENDANT
AB CAR RENTAL SERVICES, INC.**

*/s/ Kassi Yukevich (w/permission)*
Kathryn "Kassi" Yukevich
State Bar No. 24133390
kyukevich@clgtrial.com
Amy Carter
Texas Bar No. 24004580
acarter@clgtrial.com
CARTER LAW GROUP, PC
351 W. Jefferson Blvd.
Suite 503, LB 11
Dallas, TX 75231
Telephone: (214)390-4173

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 9, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following, and/or email:

Amy Carter
Texas Bar No. 24004580
acarter@clgtrial.com
Kathryn "Kassi" Yukevich
Texas Bar No. 24133390
kyukevich@clgtrial.com
CARTER LAW GROUP, PC
351 W. Jefferson Blvd.
Suite 503, LB 11
Dallas, TX 75231
Telephone: (214)390-4173

/s/ *Luke C. MacDowall*
Luke C. MacDowall