# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER S. DORSEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-5522** |
| | § | |
| **AB CAR RENTAL SERVICES, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL

On this day, the Court considered the parties' *Joint Stipulation of Dismissal with Prejudice*.

IT IS ORDERED that all claims in dispute in this lawsuit between Plaintiff Christopher S. Dorsey and Defendant AB Car Rental Services, Inc. are dismissed with prejudice to re-filing.  All attorneys' fees and costs will be borne by the party incurring the same.

ENTERED on this _____ day of _____ 2026.

_____
THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE